STATE OF NEW JERSEY v. ANTHONY WALKER.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. BOLINGER.

May 10, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND LINDSAY.

May 10, 1988.

Petition for certification denied.

FRED S. DUBOWSKY v. AHMAD GHASSABEH.

May 10, 1988.

Petition for certification denied.